```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>Nelson Santana</u>

     v.                         Civil No. 05-cv-064-JD

<u>United States of America</u>

<u>PROCEDURAL ORDER</u>

The petitioner has filed a motion requesting a certificate of appealability (document no. 22).  The court declines to issue a certificate of appealability on the ground that the petitioner has failed to make a substantial showing of the denial of a constitutional right.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

September 22, 2005

cc:  Kevin L. Barron, Esquire
     Laurence B. Cote, Esquire
     Peter E. Papps, Esquire